THE SOUTHERN CONNECTICUT GAS COMPANY *v.*
PUBLIC UTILITIES COMMISSION

Pursuant to Practice Book § 762, as amended effective July 1, 1969, it is ordered that the parties appear on December 2, 1969, at 10 a.m. for hearing on the matters embraced within the purported appeal dated October 31, 1969.

Decided November 13, 1969